# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JUDY JONES

VERSUS

BREC FOUNDATION, CITY OF
BATON ROUGE/PARISH OF EAST
BATON ROUGE, RECREATION AND
PARK COMMISSION FOR THE
PARISH OF EAST BATON ROUGE,
JOHN DOE, AND ABC INSURANCE
COMPANY

NO.   2023 CW 0196

**JUNE 14, 2023**

---

In Re:   The Recreation and Park Commission for the Parish of
East Baton Rouge, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge,
No. 683052.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT GRANTED.** The district court's January 25, 2023 order
denying the motion for summary judgment filed by the defendant,
The Recreation and Park Commission for the Parish of East Baton
Rouge ("BREC"), is reversed.   La. R.S. 9:2800(C) provides that
"no person shall have a cause of action based solely upon
liability imposed under Civil Code Article 2317 against a public
entity for damages caused by the condition of things within its
care and custody unless the public entity had actual or
construction notice … and a reasonable opportunity to remedy the
defect."   Further, under La. R.S. 9:2800, the Louisiana Supreme
Court has held that "[t]he plaintiff must establish … actual or
constructive notice of the defect" and a failure to "take
corrective measures within a reasonable time." **Lee v. State
Through Dept. of Transp. and Development,** 97-0350 (La.
10/21/97), 701 So.2d 676, 678.   In this matter, the complained-
of area of the park was covered by grass, and there was no
evidence BREC had actual or constructive notice of an
unreasonably dangerous condition.   Thus, we find the plaintiff,
Judy Jones ("Jones"), failed to produce factual support
sufficient to establish the existence of a genuine issue of
material fact as to actual or constructive notice of the alleged
defect by BREC, which is an essential element of her claim.
Therefore, the motion for summary judgment filed by BREC is
granted, and the claims by Jones against BREC are dismissed.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT